AO 240 (Rev. 9/96)

## UNITED STATES DISTRICT COURT

**Central** District of **Illinois**

**Richard E. Corder**
Plaintiff

v.

**John Stenson**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE **04-1378**

**FILED**
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, **Richard E. Corder** declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Western Illinois Correctional Center**

   Are you employed at the institution? **No**     Do you receive any payment from the **N/A**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.     **N/A**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **June 15th 2001  $260.00/mo
   Peoria Stockyards Ft. of South 61602**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. **$20. every now and then from a friend. No other income**

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_10-18-04_   _Richard Corder A-61226_
Date          Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _____.

_10-18-04_   _Richard Corder A-61226_
Date          Signature of Authorized Officer

Date: 9/27/2004
Time: 9:29am
d_list_inmate_trans_statement_composite

1:04-cv-01278-HAB-JAG    # 1    Page 3 of 13

Western IL Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA  -  Date: 03/01/2004 thru End;   Inmate: A61226;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A61226  Corder, Richard**                                **Housing Unit: WIL-01-B -67**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.20 |
| 03/12/04 | Payroll | 20 Payroll Adjustment | 072133 |  | P/R month of 02/2004 | 9.86 | 10.06 |
| 03/17/04 | Mail Room | 01 MO/Checks (Not Held) | 077215 | 08018405415 | Smith, Salmera | 50.00 | 60.06 |
| 03/17/04 | Disbursements | 84 Library | 077333 | Chk #69192 | 120241 - Dept Of Corrections-L | -3.00 | 57.06 |
| 03/17/04 | Disbursements | 90 Medical Co-Pay | 077333 | Chk #69204 | 120043 - Dept Of Corrections-M | -2.00 | 55.06 |
| 03/18/04 | Point of Sale | 60 Commissary | 078720 | 403982 | Commissary | -35.91 | 19.15 |
| 03/24/04 | Point of Sale | 60 Commissary | 084717 | 404746 | Commissary | -15.01 | 4.14 |
| 03/24/04 | Disbursements | 81 Legal Postage | 084333 | Chk #69233 | 119765 - Dept. Of Corrections | -3.46 | .68 |
| 03/24/04 | Disbursements | 81 Legal Postage | 084333 | Chk #69233 | 119894 - Dept. Of Corrections | -.60 | .08 |
| 04/16/04 | Payroll | 20 Payroll Adjustment | 107153 |  | P/R month of 03/2004 | 10.00 | 10.08 |
| 04/23/04 | Point of Sale | 60 Commissary | 114719 | 407906 | Commissary | -5.24 | 4.84 |
| 04/29/04 | Disbursements | 81 Legal Postage | 120333 | Chk #69724 | 120680 - Dept. Of Corrections | -4.84 | .00 |
| 05/14/04 | Payroll | 20 Payroll Adjustment | 135133 |  | P/R month of 04/2004 | 10.00 | 10.00 |
| 05/17/04 | Disbursements | 84 Library | 138333 | Chk #69934 | 120914 - Dept Of Corrections-L | -3.00 | 7.00 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138333 | Chk #69935 | 120787 - Dept. Of Corrections | -.60 | 6.40 |
| 05/17/04 | Disbursements | 81 Legal Postage | 138333 | Chk #69935 | 120827 - Dept. Of Corrections | -3.73 | 2.67 |
| 05/17/04 | Disbursements | 90 Medical Co-Pay | 138333 | Chk #69947 | 120903 - Dept Of Corrections-M | -2.00 | .67 |
| 06/11/04 | Payroll | 20 Payroll Adjustment | 163133 |  | P/R month of 05/2004 | 10.00 | 10.67 |
| 06/14/04 | Disbursements | 84 Library | 166333 | Chk #70298 | 120914 - Dept Of Corrections-L | -5.00 | 5.67 |
| 06/14/04 | Disbursements | 84 Library | 166333 | Chk #70298 | 120915 - Dept Of Corrections-L | -3.00 | 2.67 |
| 06/16/04 | Mail Room | 01 MO/Checks (Not Held) | 168215 | 6427019430 | Corden, Marjenn | 20.00 | 22.67 |
| 06/22/04 | Point of Sale | 60 Commissary | 174720 | 414776 | Commissary | -13.46 | 9.21 |
| 06/24/04 | Disbursements | 84 Library | 176333 | Chk #70405 | 231384 - Dept Of Corrections-L | -3.00 | 6.21 |
| 06/24/04 | Disbursements | 84 Library | 176333 | Chk #70405 | 120915 - Dept Of Corrections-L | -3.00 | 3.21 |
| 06/24/04 | Disbursements | 84 Library | 176333 | Chk #70405 | 120916 - Dept Of Corrections-L | -3.00 | .21 |
| 06/29/04 | Mail Room | 01 MO/Checks (Not Held) | 181215 | 6640890028 | Hayes, Teri | 20.00 | 20.21 |
| 07/13/04 | Point of Sale | 60 Commissary | 195720 | 416572 | Commissary | -19.95 | .26 |
| 07/16/04 | Payroll | 20 Payroll Adjustment | 198153 |  | P/R month of 06/2004 | 10.00 | 10.26 |
| 07/26/04 | Point of Sale | 60 Commissary | 208720 | 418283 | Commissary | -10.18 | .08 |
| 08/13/04 | Payroll | 20 Payroll Adjustment | 226133 |  | P/R month of 07/2004 | 10.00 | 10.08 |
| 08/19/04 | Disbursements | 84 Library | 232333 | Chk #70981 | 348 - Dept Of Corrections-Libr | -.20 | 9.88 |
| 08/19/04 | Disbursements | 84 Library | 232333 | Chk #70981 | 331 - Dept Of Corrections-Libr | -2.00 | 7.88 |
| 08/19/04 | Disbursements | 84 Library | 232333 | Chk #70981 | 348 - Dept Of Corrections-Libr | -.40 | 7.48 |
| 08/19/04 | Disbursements | 81 Legal Postage | 232333 | Chk #70982 | 217 - Dept. Of Corrections - P | -.83 | 6.65 |
| 08/19/04 | Disbursements | 81 Legal Postage | 232333 | Chk #70982 | 275 - Dept. Of Corrections - P | -5.34 | 1.31 |
| 08/19/04 | Disbursements | 81 Legal Postage | 232333 | Chk #70982 | 334 - Dept. Of Corrections - P | -1.06 | .25 |
| 09/13/04 | Payroll | 20 Payroll Adjustment | 257133 |  | P/R month of 08/2004 | 10.00 | 10.25 |
| 09/13/04 | Disbursements | 84 Library | 257333 | Chk #71257 | 547 - Dept Of Corrections-Libr | -.10 | 10.15 |
| 09/13/04 | Disbursements | 84 Library | 257333 | Chk #71257 | 547 - Dept Of Corrections-Libr | -.15 | 10.00 |

Date: 9/27/2004
Time: 9:29am
d_list_inmate_trans_statement_composite

Western IL Correctional Center
**Inmate Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 03/01/2004 thru End;   Inmate: A61226;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A61226  Corder, Richard**            **Housing Unit: WIL-01-B -67**

|  |  |
|---|---:|
| Total Inmate Funds: | 10.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 26.80 |
| Funds Available: | -16.80 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor |  | Amount |
|---|---|---|---|---|---|---|
| 08/16/2004 | 400 | Disb | A61226 Legal Postage | 3 | Dept. Of Correctio | $8.93 |
| 08/18/2004 | 430 | Disb | A61226 Legal Postage | 3 | Dept. Of Correctio | $2.90 |
| 08/19/2004 | 439 | Disb | A61226 Library | 2 | Dept Of Correction | $0.70 |
| 08/19/2004 | 439 | Disb | A61226 Library | 2 | Dept Of Correction | $0.35 |
| 08/24/2004 | 525 | Disb | A61226 Legal Postage | 3 | Dept. Of Correctio | $2.67 |
| 08/30/2004 | 547 | Disb | A61226 COPIES | 2 | Dept Of Correction | $0.30 |
| 08/30/2004 | 547 | Disb | A61226 COPIES | 2 | Dept Of Correction | $0.50 |
| 08/30/2004 | 547 | Disb | A61226 COPIES | 2 | Dept Of Correction | $0.30 |
| 08/30/2004 | 547 | Disb | A61226 COPIES | 2 | Dept Of Correction | $1.00 |
| 09/01/2004 | 628 | Disb | A61226 LEGAL COPIES | 2 | Dept Of Correction | $0.20 |
| 09/03/2004 | 673 | Disb | A61226 legal copies | 2 | Dept Of Correction | $0.25 |
| 09/03/2004 | 673 | Disb | A61226 Legal Cop | 2 | Dept Of Correction | $0.45 |
| 09/15/2004 | 812 | Disb | A61226 COPIES | 2 | Dept Of Correction | $2.45 |
| 09/17/2004 | 824 | Disb | A61226 Legal Postage | 3 | Dept. Of Correctio | $5.80 |
|  |  |  |  |  | **Total Restrictions:** | **$26.80** |

```
STATE OF ILLINOIS)
                 ) ss.
COUNTY OF BROWN  )
```

## AFFIDAVIT

I, **Richard E. Corder**, being first duly sworn upon oath do hereby depose and state that the folling statements are true and correct. I further state as follows:

I am not employed due to the fact of my incarceration. I do not have a prison job at Western Illinois Correctional Center. I only receive $(10.00) ten dollars a month in state pay. I only receive ($20.00) twenty dollars every few months from outside sources.

thank you

/s/ _Richard Corder A-61226_
Affiant — Pro-se.

Under the penalties as provided by law pursuant to 735 ILCS 5/1-109, 28 U.S.C. §1746, and 18 U.S.C. 1621, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ _Richard Corder A-61226_
Affiant — Pro-se.

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Richard Corder ) 
Plaintiff )
) Case No. 04-1378
John Stenson )
Cory Miller )
)
)
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: John M. Waters
Office of the Clerk
Room 309 Federal Building
100 N.E. Monroe Peoria, Illinois
61602

TO: John Stenson
Peoria Police Chief
600 S.W. Adams Peoria
Illinois 61602

PLEASE TAKE NOTICE that on **October 18,** 20**04**, I have filed with the U.S. Mail through the **Western** Correctional Center the following documents, properly addressed to the parties above: **United States District Court Central District of Illinois Office The Clerk Room 309**

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: **10-18-04**

/s/ *Richard Corder*
NAME: Richard Corder
IDOC#: A-61226
**Western** Correctional Center
P.O. BOX R.R.#4, 196
Mt. Sterling, IL 62353

IN THE
<u>United States District Court
Central District of Illinois</u>

<u>Richard Corder</u>                    )
Plaintiff                                            )
                                                         )   Case No. <u>04-1378</u>
                            v.                       )
<u>John Stenson</u>                        )
<u>Cory Miller</u>                            )
                                                         )
_____
Defendant

---

## PROOF/CERTIFICATE OF SERVICE

TO: <u>John M. Waters
Office of the Clerk
Room 309 Federal Building
100 N.E. Monroe Peoria,
Illinois 61602</u>

TO: <u>Cory Miller
Police officer, Peoria
Police Dept.
600 S.W. Adams Peoria Illinois
61602</u>

PLEASE TAKE NOTICE that on <u>October 18,</u> 20<u>04</u>, I have filed with the U.S. Mail through the <u>Western</u> Correctional Center the following documents, properly addressed to the parties above: <u>United States District Court Central District of Illinois Office The Clerk Room 309</u>

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: <u>10-18-04</u>

/s/ <u>Richard Corder</u>
NAME: <u>Richard Corder</u>
IDOC#: <u>A-61226</u>
<u>Western</u> Correctional Center
P.O. BOX <u>R.R. #4, 196</u>
<u>Mt. Sterling</u>, IL <u>62353</u>

**RECEIVED**

OCT 2 8 2004   UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Richard E. Corder  )
  Plaintiff          )
                     )
                     )
  vs.                )     Case No. 04-1378
                     )
John Stenson = In his Ossical )
Capacity             )
Cory Miller          )
In his Ossical Capacity )
  Defendant(s)       )

## COMPLAINT

☑  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐  Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Richard E. Corder, and states as follows:

My current address is: Western Illinois Correctional Center R.R.#4 P.O. Box 196 Mount Sterling Illinois 62353-9479

The defendant John Stenson, is employed as Peoria Police Chief at 600 S.W. Adams Peoria Illinois 61602

The defendant Cory Miller, is employed as Police Officer, Peoria Police Dept. at 600 S.W. Adams Peoria Illinois 61602

The defendant _____, is employed as N/A at _____

The defendant N/A, is employed as N/A at _____

(revised 9/96)

The defendant __N/A__, is employed as __N/A__ at __N/A__

Additional defendants and addresses __N/A__

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe __N/A__

B. Have you brought any other lawsuits in state or federal court while incarcerated?   Yes ☑   No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) __Richard Corder__
    Defendant(s) __Methodist Hospital   Peoria Illinois__

2. Court (if federal court, give name of district; if state court, give name of county)
   __Central District of Illinois__

3. Docket Number/Judge __UNKNOWN__

2

4. Basic claim made  Medical Negligence

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) Dismissed

6. Approximate date of filing of lawsuit  1991-1992

7. Approximate date of disposition  UNKNOWN

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☒
If your answer is no, explain why not  JAIL PROCEDURES do Not Apply

C. Is the grievance process completed?   Yes ☐   No ☐   N/A

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

3

## STATEMENT OF CLAIM

Place of the occurrence **Peoria County Jail**

Date of the occurrence **November 1, 1999**

Witnesses to the occurrence **See Court Documents**

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1. On November 1, 1999 at approx. 13:30 hours, Peoria police officer Cory Miller, while part of a multi-agency drug task force operation called Snowball, knowingly and intentionaly created a police surveillance video of a drug transaction occuring in the 900 block of West Howard Street, on the basic of this video, a arrest warrent for the plaintiff was applied for and issued, to Cory Miller. 2. John Stenson, acting in his offical capacity as Chief of Police, allowed plaintiff to be arrested and charged, while knowing that plaintiff did not appear anywhere on the surveillance video. Plaintiff was incarcerated for approxametly two years before being found not guilty after a jury trial in November of 2001.

Whereas plaintiff respectfully wishes and prays that this case be accepted and that justice finally be served. Filed under exception to the stature of limitations rule.

Thank you

4

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

The plaintiff asks for ($25,000) twenty five thousand Dollars in compensatory damages from each defendant named in this matter.

The plaintiff asks for ($1,000,000) one million Dollars in punitive demages from each defendant named in this case.

JURY DEMAND        Yes  [✓]        No [ ]

Signed this __18th__ day of __October__, 2004.

"OFFICIAL SEAL"
Susan J. Crowfoot
Notary Public, State of Illinois
My Commission Exp. 04/21/2008

*Richard Corder* A-61226
(Signature of Plaintiff)

Susan J. Crowfoot, Notary

Name of Plaintiff: Richard E. Corder Jr.

Address: Western Illinois Correctional Center, R.R. #4, P.O. Box 196 Mt. Sterling, IL 62353

Inmate Identification Number: A-61226

Telephone Number: (217) 773-4441

6