# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Richard E. Corder, Jr. A-61226** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| ) | |
| **vs** ) | |
| ) | **CASE NO. 04-1378** |
| **John Stenson, et al.** ) | |
| Defendant ) | |

**TO: THE WARDEN of** Western Illinois Correctional Center.

      **WE COMMAND** that you produce the body of **Richard E. Corder, Jr.**, Register No. **A-61226**, in your custody at Western Illinois Correctional Center before the United States District Court via the video conference site at Illinois River Correctional Center, Canton, Illinois on **Friday, December 10, 2004 at 9:30 a.m. (NOTE: All inmates must arrive at the site at least one-half hour prior to the beginning of the hearing and should not be hand-cuffed during testimony**) and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

      DATED: November 16, 2004

      JOHN M. WATERS, CLERK

      UNITED STATES DISTRICT COURT

      BY:   /S/ K. Burns,  Deputy Clerk

04-1378 trfrwrit.wpd