# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA
## VIDEO WRIT

**E-FILED**
Tuesday, 16 November, 2004  11:17:36 AM
Clerk, U.S. District Court, ILCD

| CASE NAME:<br>Richard E. Corder, Jr. A-61226<br>v. Stenson, et al. | CASE NO.<br>04-1378 | Beginning Date of Hearing:<br><br>12/10/04 | Type of Hearing: Case Management Hearing - Length of Hearing: all day |
|---|---|---|---|

**TO: THE WARDEN OF ILLINOIS RIVER CORRECTIONAL CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Richard E. Corder, Jr. | A-61226 | IL River Corr Ctr | 12/10/04 | 9:30 a.m. |
| Judge Harold A. Baker | n/a | Urbana Federal Court | 12/10/04 | 9:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: November 16, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____
   /S/ K. BURNS,  DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel
 Faxed to: Warden of IL River Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98