AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Friday, 10 December, 2004  02:58:33 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RICHARD CORDER,**
**Plaintiff,-**

vs.                                                     Case Number:  **04-1378**

**JOHN STENSON, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the case is dismissed pursuant to 28:USC §1915A for failure to state a claim.  The parties are to bear their own costs.

ENTER this 10th day of December, 2004.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

 s/K. Wynn
BY:  DEPUTY CLERK